United States District Court
Northern District of California

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

PHILLIP CAMPBELL,

Plaintiff,

v.

MILOUS JAMES IVORY, et al.,

Defendants.

Case No. 26-cv-11664-PHK

***SUA SPONTE* JUDICIAL REFERRAL ORDER**

Pursuant to Civil Local Rule 3-12(c), the above-titled case is hereby **REFERRED** to the Honorable Edward M. Chen for consideration of whether this case is related to *Campbell v. Ivory et al.*, Case No. 26-cv-04585-EMC.

**IT IS SO ORDERED.**

Dated: October 26, 2026

PETER H. KANG
United States Magistrate Judge