United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

PHILLIP CAMPBELL,
Plaintiff,

v.

MILOUS JAMES IVORY, et al.,
Defendants.

Case No. 26-cv-11664-EMC

**ORDER REMANDING CASE; AND ORDER TO SHOW CAUSE**

Docket No.

This is the seventh time that the same state court unlawful detainer action (No. CUD-25-680005, filed in San Francisco Superior Court) has been removed to federal court.[1] Mr. Ivory removed all of the cases except for No. C-26-7036 EMC (Ms. Diaz removed) and the case at bar (Ms. Rivas removed). At this point, given, *inter alia*, the similarity in the notices of removal and the fact that Ms. Diaz and Ms. Rivas appear to be tenants of Mr. Ivory, it is a reasonable inference that Mr. Ivory was responsible for and/or contributed to the removal by Ms. Diaz and Ms. Rivas.

The Court **REMANDS** the instant case for the same reasons that the prior cases have been removed. There is no subject matter jurisdiction over the unlawful detainer action.

The Court further orders Mr. Ivory to **SHOW CAUSE** as to why he should not be held in civil contempt and/or otherwise sanctioned for violating the Court's prefiling order, filed in No. C-26-4585 EMC at Docket No. 24. In that order, the Court declared Mr. Ivory a vexatious litigant and imposed a prefiling requirement on Mr. Ivory that **extended** to others acting on his behalf.

[1] The seven cases, all filed in this District, are: Nos. C-25-10569 JSC; C-26-1164 JST; C-26-2170 YGR; C-26-4585 EMC; C-26-7036 EMC; C-26-10194 EMC; and C-26-11664 EMC (the case at bar).

United States District Court
Northern District of California

The Clerk of the Court erroneously assigned a case number to the instant case, in all likelihood because Mr. Ivory had Ms. Rivas remove the state court unlawful detainer action and because Mr. Ivory/Ms. Rivas did not comply with the Court's prefiling order which required the submission of a letter explaining why the filing is not legally and factually frivolous. Mr. Ivory's response to this order to show cause shall be filed by **November 17, 2026**. If he does not file a response, the Court shall, at a minimum, award Mr. Campbell his attorneys' fees for having to litigate this case.

At this juncture, the Court does not issue an order to show cause to Ms. Rivas, but she is now forewarned that she could also be sanctioned should she continue to assist Mr. Ivory in his frivolous and harassing litigation conduct.

**IT IS SO ORDERED**.

Dated: November 3, 2026

EDWARD M. CHEN
United States District Judge